IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GREGORY HOLLOMAN**                                                              **PLAINTIFF**

VS.                                    NO. 4:09CV00096

**UNILEVER BEST FOODS**                                                           **DEFENDANT**

**ORDER**

Pending is Plaintiff's motion to compel discovery and for an expedited ruling (docket # 15) to which Defendant has responded. Plaintiff requests certain personnel records including medical records of current and former employees: Janie Smith, Alfred Brown, Terry Garrett, Nathaniel Wright, Gary Conley and Robert McDade. Plaintiff asserts that these records will support his allegations that Defendant allowed white employees and female employees to use FMLA leave without interference or retaliation as allegedly experienced by Plaintiff. Defendant has produced the personnel files but due to the confidential nature of the medical records and medical leave records, Defendant requests that certain redactions be made prior to production.

Pursuant to the Arkansas Personal Information Protection Act, Ark. Code Ann. §4-110-101 et.seq., the Court finds that certain personal and medical information must remain confidential. Further, the Court finds that a reasonable temporal limitation should be placed on Plaintiff's request. Accordingly, Defendant is directed to produce the requested records dating from 2005 to the present after redacting the employee's names and any other personal information[1] as defined by Ark. Code Ann. §4-110-103(7) along with any medical information as

---

[1] Defendant should not redact the sex and race of the individual from the records.

defined by Ark. Code Ann. §4-110-103(5).  Plaintiff's request for attorney's fees is denied.

IT IS SO ORDERED this 1st day of September, 2009.

_____
James M. Moody
United States District Judge