# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

GREGORY HOLLOMAN                                          PLAINTIFF

vs.                        CASE NO. 4:09cv00096 JMM

UNILEVER BESTFOODS                                DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge H. David Young, the Court finds that this case should be dismissed. The jury trial scheduled March 1, 2010, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are moot.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 11th day of February, 2010.

                                               UNITED STATES DISTRICT JUDGE